Dec. 30, 1977.

386 A.2d 609

Bolus v. Bolus (et al., Appellant).

Bolus v. Bolus et al. (et al. Appellant).

Argued June 17, 1977. George W. Westervelt, Jr., with him Carlon M. O'Malley and Phillip H. Williams, for appellant at No. 383, and appellee at No. 399; W. Boyd Hughes, with him Michael Shehadi, for appellant at No. 399, and appellee at No. 383.

Decree affirmed.